No. D–1983.  IN RE DISBARMENT OF PLATO.  Richard M. Plato, of Baytown, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 120, Orig.  NEW JERSEY v. NEW YORK, 523 U. S. 767;

No. 96–1693.  HOPKINS, WARDEN v. REEVES, *ante*, p. 88;

No. 96–9142.  REEVES v. HOPKINS, WARDEN, *ante*, p. 926;

No. 96–1829.  MONTANA ET AL. v. CROW TRIBE OF INDIANS ET AL., 523 U. S. 696;

No. 97–391.  CALDERON, WARDEN, ET AL. v. ASHMUS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, 523 U. S. 740;

No. 97–1267.  PROFESSIONAL PILOTS FEDERATION ET AL. v. FEDERAL AVIATION ADMINISTRATION, 523 U. S. 1117;

No. 97–1407.  FALKENBERRY v. TAYLOR, *ante*, p. 904;

No. 97–1566.  DETERESA v. AMERICAN BROADCASTING COS., INC., ET AL., 523 U. S. 1137;

No. 97–1600.  BAYER v. STANFORD UNIVERSITY SCHOOL OF MEDICINE/MEDICAL CENTER ET AL., 523 U. S. 1138;

No. 97–1622.  GREENE v. CITIBANK, N. A., ET AL., 523 U. S. 1122;

No. 97–1640.  HINCHLIFFE ET AL. v. PRUDENTIAL HOME MORTGAGE CO., INC., 523 U. S. 1138;

No. 97–1643.  PHILLIPS ET AL. v. CITY OF HARVEY ET AL., 523 U. S. 1138;

No. 97–1654.  WEISSMAN v. COHN, LIFLAND, PERLMAN, HERMANN & KNOPF ET AL., 523 U. S. 1122;

No. 97–6657.  BROWN v. RUBIN, SECRETARY OF THE TREASURY, 522 U. S. 1032;

No. 97–7583.  WHITAKER v. WHITAKER ET AL., 523 U. S. 1028;

No. 97–7729.  KREIGER v. VIRGINIA, 523 U. S. 1061;

No. 97–7863.  VILLACRES v. KRAMER, WARDEN, ET AL., 523 U. S. 1080;

No. 97–7865.  WHITE v. McMILLAN ET AL., 523 U. S. 1080;

No. 97–7873.  WHITE v. McMILLAN ET AL., 523 U. S. 1080;

No. 97–7878.  FULLER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 523 U. S. 1063;

No. 97-7883. DEWIG v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL., 523 U. S. 1032;

No. 97-7945. MCDONALD v. TENNESSEE, 523 U. S. 1082;

No. 97-8082. BARUCH v. SMITH, WARDEN, ET AL., 523 U. S. 1098;

No. 97-8123. WALKOVIAK v. DISTRICT COURT OF TEXAS, HARRIS COUNTY, 523 U. S. 1109;

No. 97-8186. IN RE STEIN, 523 U. S. 1116;

No. 97-8202. IN RE KENNEDY, 523 U. S. 1058;

No. 97-8235. IN RE DOYLE, 523 U. S. 1058;

No. 97-8240. DEVER v. OHIO, 523 U. S. 1085;

No. 97-8244. GAERTTNER v. LOVE ET AL., 523 U. S. 1125;

No. 97-8263. HESTERLEE v. GOODWIN, WARDEN, 523 U. S. 1085;

No. 97-8304. IN RE WILLIAMS LEWIS, 523 U. S. 1116;

No. 97-8341. WILLIAMS v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 523 U. S. 1139;

No. 97-8358. DARDEN v. ALAMEDA COUNTY NETWORK OF MENTAL HEALTH CLIENTS ET AL., 523 U. S. 1140;

No. 97-8379. CARTER v. CURRAN, ATTORNEY GENERAL OF MARYLAND, ET AL., 523 U. S. 1110;

No. 97-8385. RAULERSON v. GEORGIA, 523 U. S. 1127;

No. 97-8402. BERNARD v. NEW YORK CITY HEALTH AND HOSPITAL CORP., 523 U. S. 1140;

No. 97-8422. BELHOMME v. WIDNALL, SECRETARY OF THE AIR FORCE, 523 U. S. 1100;

No. 97-8452. DAVIS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 523 U. S. 1141;

No. 97-8492. JOHNSON v. WYOMING, 523 U. S. 1111;

No. 97-8522. IN RE RIVERA, ante, p. 903;

No. 97-8534. TATAII v. CAYETANO, ante, p. 907;

No. 97-8544. VIRAY v. STEUER, 523 U. S. 1129;

No. 97-8574. TURKOWSKI v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., ante, p. 908;

No. 97-8594. SWINT v. UNITED STATES, 523 U. S. 1112;

No. 97-8659. MCQUOWN v. SAFEWAY, INC., 523 U. S. 1142;

No. 97-8666. RICKETTS v. DEPARTMENT OF THE AIR FORCE, ante, p. 908;

No. 97-8685. SCHLEEPER v. MISSOURI, ante, p. 930;

No. 97-8692. MCQUOWN v. SAFEWAY, INC., 523 U. S. 1142;

No. 97–8709. BLACKMON *v.* POINDEXTER, WARDEN, ET AL., *ante,* p. 919;

No. 97–8711. RAWLES *v.* HERZOG ET AL., 523 U. S. 1142;

No. 97–8735. IN RE FLYNN, 523 U. S. 1116;

No. 97–8753. KENNEDY *v.* PARAMOUNT PICTURES CORP. ET AL., *ante,* p. 909;

No. 97–8777. NORWOOD *v.* UNITED STATES, 523 U. S. 1143; and

No. 97–8931. IN RE BELL, 523 U. S. 1136. Petitions for rehearing denied.

AUGUST 12, 1998

No. D–1971. IN RE DISBARMENT OF TOTH. Peter J. Toth, of Burlington, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on June 22, 1998 [*ante,* p. 936], is discharged.

No. 97–7597. KNOWLES *v.* IOWA. Sup. Ct. Iowa. [Certiorari granted, 523 U. S. 1019.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.

No. 97–1278. INMATES OF THE SUFFOLK COUNTY JAIL ET AL. *v.* ROUSE, SHERIFF, SUFFOLK COUNTY, ET AL., *ante,* p. 951;

No. 97–1440. GURNEY ET AL. *v.* UNITED STATES, *ante,* p. 951;

No. 97–1529. CAMPBELL *v.* UNITED STATES, 523 U. S. 1078;

No. 97–1619. GANGOPADHYAY *v.* GANGOPADHYAY, 523 U. S. 1138;

No. 97–1714. COATES *v.* SEATON, *ante,* p. 938;

No. 97–1724. BARKER *v.* LEEDS ET AL., *ante,* p. 938;

No. 97–1742. DORSEY *v.* DORSEY, *ante,* p. 952;

No. 97–1773. THEIS RESEARCH, INC. *v.* OCTEL COMMUNICATIONS CORP. ET AL., *ante,* p. 963;

No. 97–1784. EGBERT *v.* REIS ET AL., *ante,* p. 953;

No. 97–1827. SMITH *v.* SUPREME COURT OF COLORADO, *ante,* p. 954;

No. 97–1854. PIERSON *v.* WILSHIRE TERRACE CORP., *ante,* p. 940;

No. 97–1860. KEARNS *v.* WOOD MOTORS, INC., ET AL., *ante,* p. 940;